UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| NIEGEL PHILLIP EARL SMITH | ) | |
| | ) | CASE NO. A10-69185-BEM |
| | ) | |
| DEBTOR(S) | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: AUTO EXPO CORP.
Check Number: 2539035
Check Date: 7/2/2015
Check Amount: $3,915.54

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, July 17, 2015, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

RODERICK H. MARTIN, ATTY.
279 WASHINGTON AVE., N.E.
MARIETTA, GA 30060

/S/ Brandi Kirkland
MARY IDA TOWNSON, TRUSTEE
State Bar Number: ~~715063~~ 423627
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110